DAVID SWOPE et al., Appellants, v. JOSEPH T. MELIAN et al., Respondents, et al., Defendant.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.